United States District Court
Southern District of Texas
**ENTERED**
December 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:16-cv-0026 |
| § | |
| REFUGIO AGUILAR, § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 13) in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's "Motion for Default Judgment" (Docket No. 8) is **GRANTED**. The Plaintiff is awarded a total sum of $5,824.68.

The Clerk is **ORDERED** to close this case.

Signed on this 20th day of December, 2016

Rolando Olvera
United States District Judge